JENNIFER WITHERELL CRASTZ / SBN 185487
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard, 12th Floor
Encino, CA 91436-2829
Telephone: (818) 501-3800
Facsimile: (818) 501-2985
email: jcrastz@hemar-rousso.com

Attorneys for Secured Creditor
CITY NATIONAL BANK

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (San Francisco Division)

| | |
|---|---|
| In Re:<br><br>ANTHONY CORTEZ & DEBORAH CORTEZ,<br><br>Debtor. | CASE NO. 12-33537<br><br>CHAPTER 7<br><br>**EVIDENTIARY OBJECTIONS TO DECLARATIONS OF ANTHONY CORTEZ AND DEBORAH CORTEZ IN SUPPORT OF DEBTORS' MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(F) (REAL PROPERTY) OF CITY NATIONAL BANK**<br><br>Hearing Date: to be set<br>Hearing Time: to be set<br>Judge: Hon. Dennis Montali<br>Courtroom: |

Secured Creditor CITY NATIONAL BANK, a national banking association ("CNB") hereby objects to the evidence presented in the Debtors' Declaration in support of their Motion to Avoid Lien, as follows:

| | |
|---|---|
| 1. <u>Statement No. 2:</u> "At the time of the filing, we estimate the fair market value of our property known as 101 Ottawa Street, San Mateo, CA 94401 at $450,000.00." | 1. <u>Objection:</u> Lacks foundation. Lacks relevance. The Debtors provide no credible factual evidence to support the fair market value of the 101 Ottawa Street property in |

---

1

EVIDENTIARY OBJECTIONS TO DECLARATIONS OF ANTHONY CORTEZ AND DEBORAH CORTEZ IN SUPPORT OF DEBTORS' MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(F) (REAL PROPERTY) OF CITY NATIONAL BANK

| | | |
|---|---|---|
| 1 | (Declaration of Debtors, Page 4, lines 9-10). | San Mateo, CA ("Ottawa Property"). The Debtors' personal opinions as to the fair market value of the Ottawa property is irrelevant. Based thereon, the statement is objectionable on the aforementioned grounds and should be stricken from the record. |
| 2 | 2. <u>Statement No. 3</u>: "As of the date of this motion, April 12, 2013, we estimate the fair market value has remained at $450,000.00." (Declarations of Debtors, Page 4, lines 11-12) | 2. <u>Objection</u>: Lacks foundation. Lacks relevance. The Debtor's estimate of the Ottawa property's fair market value is unsubstantiated. Further, the fair market value as of April 12, 2013 that the Debtors rely on is irrelevant because the only relevant real property valuations are those existing or established *at the time the Petition was filed in December 18, 2012*. Therefore, Statement No. 3 is objectionable on these grounds and should be stricken from the record. |
| 3 | 3. <u>Statement No. 4</u>: "Though we have not had an appraisal performed on the property, we would expect that an appraisal would yield a similar estimation of the property's fair market value." (Declarations of Debtors, Page 4, lines 13-15). | 3. <u>Objection</u>: Lacks foundation. Lacks Relevance. Assumes facts not in evidence. There is no credible factual evidence to support the Debtors' claim regarding the Ottawa Property's fair market value. Further, the Debtors' opinion as to what the outcome a current appraisal report will disclose is irrelevant. The only relevant real |

property valuations are those existing or established *at the time the Petition was filed in December 18, 2012,* and which can properly be factually established. Further, the actual, relevant fair market value of the Ottawa property has not been established on the record. Accordingly, Statement No. 4 is objectionable and should be stricken from the record.

| | |
|---|---|
| 4. <u>Exhibit "C" to Debtors' Motion:</u> Mortgage Statement from Wells Fargo dated February 14, 2013. | 4. <u>Objection:</u> The Mortgage Statement from Wells Fargo attached as Exhibit C to the Debtor's Motion to Avoid Lien is irrelevant. The only relevant information is the balance owed on the mortgage *at the time the Petition was filed on December 18, 2012*, prior to any additional delinquency charges and foreclosure fees. Therefore, the mortgage statements, Exhibit C to the Debtor's motion, should be stricken from the record. |
| 5. <u>Exhibit "E" to Debtors' Motion:</u> Mortgage Statement from Wells Fargo dated May 3, 2013. | 5. <u>Objection:</u> The Mortgage Statement from Wells Fargo attached as Exhibit E to the Debtor's Motion to Avoid Lien is irrelevant. The only relevant information is the balance owed on the mortgage *at the time the Petition was filed on December 18, 2012*, prior to any additional delinquency charges |

and foreclosure fees. Therefore, the mortgage statements, Exhibit E to the Debtors' motion, should be stricken from the record.

Dated: June 10, 2013

Respectfully submitted,

HEMAR, ROUSSO & HEALD, LLP

By: /s/ *Jennifer Witherell Crastz*
JENNIFER WITHERELL CRASTZ
Attorneys for CITY NATIONAL BANK