JENNIFER WITHERELL CRASTZ / SBN 185487
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard, 12th Floor
Encino, CA 91436-2829
Telephone: (818) 501-3800
Facsimile: (818) 501-2985
email: jcrastz@hemar-rousso.com

Attorneys for Secured Creditor
CITY NATIONAL BANK

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(San Francisco Division)**

| | |
|---|---|
| In Re: | CASE NO. 12-33537 |
| | CHAPTER 7 |
| ANTHONY CORTEZ & DEBORAH CORTEZ, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF OBJECTION AND OBJECTION TO DEBTORS' MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(F)** |
| Debtor. | |
| | Hearing Date: to be set |
| | Hearing Time: to be set |
| | Judge: Hon. Dennis Montali |
| | Courtroom: |

**TO THIS HONORABLE COURT:**

    CITY NATIONAL BANK hereby respectfully requests that the Court take judicial Notice of the following documents. This request is made pursuant to Rule 201 of the Federal Rules of Evidence and the authorities cited below, in connection with CITY NATIONAL BANK's Notice of Opposition and Request for Hearing Re: Debtors' Motion to Avoid Lien Under 11 U.S.C. § 522(F) (Real Property).

///

**BASIS FOR JUDICIAL NOTICE**

The Court may take Judicial Notice of a fact that is "not subject to reasonable dispute because it: ... can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). That is true of each of the following:

1. Abstract of Judgment issued by the San Mateo Superior Court on July 9, 2012 on the matter of City National Bank v. Anthony J. Cortez and Deborah Cortez, et al., under case number CIV513002;

2. Sales price of the real property commonly known as 1021 Cypress Avenue, San Mateo, CA of $635,000.00, as reported by the San Mateo Tax Assessor's Office and made a matter of public record;

3. Sales price of the real property commonly known as 757 Rand Street, San Mateo, CA of $585,000.00, as reported by the San Mateo Tax Assessor's Office and made a matter of public record.

4. Sales price of the various parcels of real property referenced in Judgment Creditor's Exhibit 3 (in addition to the parcels already referenced herein above at section 3), as reported by the San Mateo Tax Assessor's Office and made a matter of public record:

    a. 205 Howard Avenue, San Mateo, CA; sales price: $1,135,000.00;

    b. 1855 Maxine Avenue, San Mateo, CA; sales price: $585,000.00;

    c. 1216 S. Norfolk Street, San Mateo, CA; sales price: $450,000.00;

    d. 1641 Wolfe Drive, San Mateo, CA; sales price: $655,000.00

    e. 1316 Royal Avenue, San Mateo, CA; sales price: $539,500.00

Dated: June 10, 2013                Respectfully submitted,

                                      HEMAR, ROUSSO & HEALD, LLP

By: /s/ *Jennifer Witherell Crastz*
JENNIFER WITHERELL CRASTZ
Attorneys for CITY NATIONAL BANK