**Entered on Docket
October 28, 2013**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: October 25, 2013**



_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                        ) Bankruptcy Case
                                             ) No. 12-33537DM
ANTHONY CORTEZ and DEBORAH CORTEZ,           )
                                             ) Chapter 7
                    Debtors.                 )
_____)

SCHEDULING ORDER FOR EVIDENTIARY HEARING
ON MOTION TO AVOID LIEN

Debtors and Creditor City National Bank have agreed to trial on the motion to avoid lien.

Upon due consideration, the court hereby enters the following scheduling order.

**TRIAL.** The trial or hearing ("Trial") on the above matter will commence on the Date and Time of Trial, set forth below, at the United States Bankruptcy Court, 235 Pine Street, Twenty-Second Floor, San Francisco, CA 94104. The Time Reserved For Trial is also set forth below.

**MOTIONS.** Unless otherwise ordered, motions to join other parties and to amend the pleadings must be filed not later than **10** days after entry of this scheduling order.

Motion to Value
Trial Scheduling Order
Revised May, 2011

**DISCOVERY**. Discovery shall be completed by the Discovery Deadline shown below. Completion means that depositions must be concluded, although not necessarily transcribed. As to written and production discovery, responses must be due before the Discovery Deadline. The court will attempt to resolve all discovery disputes on an expedited basis via telephonic conference, which any party may initiate by request to the court's Calendar Clerk/Courtroom Deputy and notice to the other party after they have met and conferred and made a good faith effort to resolve the dispute. The party requesting the conference should submit a brief letter explaining the issues to be presented.

The Discovery Deadline may be extended by the parties by agreement, without an order of the court.

**PRE-TRIAL SUBMISSIONS.** Not later than **14** days before the Date and Time of Trial, each party shall:

(a) File and serve a trial brief, which shall include a summary of the facts to be proven and the legal theories on which the party relies. Briefs shall not exceed **15** pages without prior permission of the court. The court will not normally request or permit post-trial briefs.

(b) File and serve a witness list, including a brief summary of the anticipated testimony from each witness. If a party to the matter will be called as a witness (even as an adverse witness) that party's name must be included on the witness list. The presence of a witness' name on the witness list is to alert the

court and the other side that the witness <u>may</u> be called. It does not mean that that person <u>will</u> be called. Accordingly, each party is responsible for ensuring the attendance of <u>every witness</u> the party intends to call, whether or not named by the other side. Except in exceptional circumstances, and absent consent by the other side, a party will not be allowed to call a witness not named on that party's witness list. This subparagraph shall not apply to expert witnesses or their testimony.

The requirement of advance identification and production of exhibits does not apply to witnesses presented for purposes of impeachment or rebuttal.

(c) File and serve all supporting papers **(and provide chambers copies)**, including certified real estate appraisals and declarations of the appraisers in support thereof.

(d) File and serve **(and provide chambers copies)** a list of exhibits (other than those to be used for impeachment or rebuttal) and exchange, **but not file**, copies of all exhibits the party intends to introduce into evidence. Any paper(s) in the court's file of which a party intends the court to take judicial notice must be copied and included as an exhibit(s). Copies of the declarations filed and served shall be marked as exhibits in the manner described herein.

Exhibits are to be premarked for identification. Debtor's exhibits should be marked by number. Creditor's exhibits should be marked by letter. Each page of any exhibit that has more than one

page is to be numbered consecutively.

The parties shall bring to Trial copies of all exhibits for opposing counsel, the witnesses and the court, together with an exhibit list. If a party has more that **10** exhibits, the exhibits should be placed in a three-ring binder with a tab for each exhibit and the exhibit list placed at the front of the binder.

**EXPERTS**. The presentation of expert testimony at Trial shall be governed by the following:

(a) Direct evidence shall be presented by a declaration that authenticates the report of the expert. See FRCP 26(a)(2)(B), incorporated via Fed. R. Bankr. P. 7026. Each party shall file and serve declarations of experts and other documentary evidence related thereto no later than **14** calendar days prior to the Discovery Deadline.

(b) To cross-examine an opposing party's expert declarant, a party shall notify the opposing party in writing or by e-mail at least **3 court** days before the Date and Time of Trial, in which case the declarant will be required to attend the Trial. Any party who fails to notify the opposing party will not be permitted to cross-examine the opposing party's expert. Any party who requests the right to cross-examine an expert and then does not do so will be expected to reimburse the opposing party no less than the expenses incurred in producing the expert at the Trial.

**PRE-TRIAL OBJECTIONS**. Promptly after receipt of the items mentioned in **PRE-TRIAL SUBMISSIONS**, each party must advise the

opposing party of any objections to the introduction of testimony or exhibits. Parties must meet and confer <u>before</u> Trial to attempt to reach agreement regarding admissibility. The court expects the parties to make good faith efforts to resolve all evidentiary issues.

**NON-COMPLIANCE**. Any failure of a party to comply timely with this order may result in judgment against such party, removal of the Trial from calendar, exclusion of evidence or imposition of monetary or non-monetary sanctions Fed. R. Bankr. P. 7016.

**DATE AND TIME OF TRIAL**: **December 4, 2013, at 9:30 a.m.**

**TIME RESERVED FOR TRIAL**: **Two Hours**

**DISCOVERY DEADLINE**: **November 20, 2013**

**OTHER PROVISIONS:**

**END OF ORDER**