

THE LAW OFFICE OF ROBERT C. BORRIS JR., ESQ.

Robert C. Borris Jr., Esq. SBN 85415    **Signed and Filed: November 25, 2013**

21550 Foothill Blvd

Hayward, CA 94541

(510) 581-7111

(510) 582-6729 Fax

rborrisjr@aol.com

_____

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

|  |  |
|---|---|
| In Re:<br><br>ANTHONY CORTEZ & DEBORAH CORTEZ,<br><br>          Debtors<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 12-33537<br>Chapter 7<br><br>**ORDER ON STIPULATION OF PARTIES RE TRIAL BY DECLARATION ON FIRST AMENDED MOTION TO AVOID JUDICIAL LIEN**<br><br>Date: December 4, 2013<br>Time: 9:30AM<br>Dept: 22 |

THIS MATTER is before the Court pending a court trial on the merits re Debtors'

First Amended Motion to Avoid Judicial Lien on December 4, 2013 at 9:30AM in Department

22. Upon stipulation of the parties dated November 25, 2013, Debtors and Creditor CITY

NATIONAL BANK, and with respect to the court trial to be heard on December 4, 2013 at

9:30AM in Department 22, the Court orders as follows:

1. The only contested issue is the fair market value of the property as of the petition

    date of Debtors' chapter 7 bankruptcy, December 21, 2012;

2. Debtors are entitled to an exemption of $100,000.00 pursuant to C.C.P.

    704.730(2);

3. The parties shall each submit to the Court and exchange declarations of their respective appraisers pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) no later than December 2, 2013.  Exchange of declarations shall be made to opposing counsel via email;

4. The opportunity to cross-examine an opposing party's expert declarant is waived by both parties.  The parties shall instead treat as admissible evidence their respective expert declarant's written opinions on the opposing party's appraisal, to be included within each expert declaration.

5. Appearances of the parties on December 4, 2013 at 9:30AM in Department 22 are hereby waived with the Court deeming the matter under submission as of December 2, 2013.

IT IS SO ORDERED.

***END OF ORDER***

# COURT SERVICE LIST

CITY NATIONAL BANK
c/o Jennifer Witherell Crastz
15910 Ventura Blvd, 12th Floor
Encino, CA 91436

ANTHONY CORTEZ & DEBORAH CORTEZ
c/o Robert C. Borris Jr., Esq.
21550 Foothill Blvd
Hayward, CA 94541