

**Entered on Docket**
**January 21, 2014**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
Robert C. Borris Jr., Esq. SBN 85415
21550 Foothill Blvd
Hayward, CA 94541
(510) 581-7111
(510) 582-6729 Fax
rborrisjr@aol.com

**Signed and Filed: January 20, 2014**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In Re:

ANTHONY CORTEZ & DEBORAH CORTEZ,

    Debtors

) Case No.: 12-33537
) Chapter 7
)
) **ORDER RE FIRST AMENDED**
) **MOTION TO AVOID JUDICIAL**
) **LIEN**

THIS MATTER came before the Court following a stipulation by the parties to submit on the papers of the respective expert declarants in regards to Debtors' First Amended Motion to Avoid Judicial Lien (hereinafter, the "Motion") . For the reasons stated in its Memorandum Decision dated December 16, 2013, the Court hereby GRANTS the Motion in part, and DENIES it in part, as follows:

1. For purposes of the Motion, the fair market value of the property located at 101 Ottawa Street, San Mateo, California (hereinafter, "Debtors' Property") as of December 21, 2012 is $540,000.00;

2. Creditor City National Bank's lien in the amount of $434,118.31, recorded in San Mateo County on 7/24/2012 as Document #2012-104234, is hereby avoided in part and preserved in the amount of $21,951.63 as it applies to Debtors' Property.

IT IS SO ORDERED.

***END OF ORDER***

COURT SERVICE LIST

CITY NATIONAL BANK
c/o Jennifer Witherell Crastz
15910 Ventura Blvd, 12th Floor
Encino, CA 91436

ANTHONY CORTEZ & DEBORAH CORTEZ
c/o Robert C. Borris Jr., Esq.
21550 Foothill Blvd
Hayward, CA 94541