JOANNE LAFRENIERE #158011
1032 Irving Street #975
San Francisco, CA 94122
Telephone: (415) 702-9485
j_lafreniere@comcast.net

Attorney for Trustee, Janina M. Hoskins

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ANTHONY CORTEZ and DEBORAH CORTEZ<br><br>SSN xxx-xx-2928<br>SSN xxx-xx-9417<br><br>Debtors | Case No. 12-33537 DM<br>Chapter 7<br><br>RFS MJ-9797<br><br>Hearing: May 29, 2014<br>Time: 9:30 a.m. |

**<u>TRUSTEE'S OPPOSITION TO MOTION FOR RELIEF FROM STAY</u>**

TO THE HONORABLE JUDGE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE:

Janina M. Hoskins ("Trustee"), trustee of the bankruptcy estate of Anthony and Deborah Cortez (the "Estate"), opposes the Motion for relief from the Automatic Stay filed herein at ECF No. 62, by Secured Creditor U.S. Bank NA, successor trustee ("Secured Creditor") with regard to the real property located at 2340 Cooley Avenue, East Palo Alto (the "Property").

There is a judgment lien holder, City National Bank ("CNB"), which has a judgment lien against the Property in an amount that, in addition to Secured Creditor's asserted liens, exceeds the projected value. However, the Trustee has reached an agreement whereby CNB has agreed to a carve out on proceeds of a sale of the Property which would permit the Trustee to attempt to sell the Property and to obtain some equity for the estate and its creditors.

-1-

Accordingly, the Trustee seeks a continuance as to relief against the estate while she tries to market the Property.

DATED: This 27th day of May, 2014.

　　　　　　　　　　　　　　　/s Joanne LaFreniere
　　　　　　　　　　　　　　JOANNE LAFRENIERE,
　　　　　　　　　　　　　　Attorney for Trustee, Janina M. Hoskins