JANINA M. HOSKINS, CHAPTER 7 TRUSTEE
P.O. Box 158
Middletown, CA 95461
Telephone: (707) 569-9508
Facsimile: (707) 569-9518

CHAPTER 7 TRUSTEE

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | Case No. 12-33537 |
| ) | |
| ANTHONY and DEBORAH ) | Chapter 7 |
| CORTEZ, ) | |
| ) | |
| Debtors. ) | |

# TRUSTEE 'S REPORT RE SALE OF 2340 COOLEY AVENUE

COMES NOW, Janina M. Hoskins, the duly qualified Chapter 7 Trustee for the Estate of Anthony and Deborah Cortez, and submits her Report regarding the sale of the real property located at 2340 Cooley Avenue, East Palo Alto, California, as follows:

| | |
|---|---|
| Buyers: | Samuel and Youngsin Lee |
| **Gross Sales Price:** | **$490,500.00** |
| Less: | |
| First Deed of Trust: | -$231,956.11 |
| Commissions: | -$29,430.00 |
| Defaulted Real Property Taxes | -$1,109.58 |
| Prorated taxes to COE: | -$441.75 |
| Title Charges ( recording): | -$30.00 |

TRUSTEE'S REPORT RE SALE

| | | |
|---|---|---|
| 1 | JCP Natural Hazard Report: | -$123.95 |
| 2 | State of California 3% withholding: | -$16,333.65 |
| 3 | **Total Expenses:** | **-$279,425.04** |
| 4 | **Net Payment to the Estate:** | **$211,074.96** |

A true and correct copy of Seller's Final Closing Statement and HUD-1 are attached hereto as composite Exhibit "A."

Respectfully submitted.

Dated: October 2, 2014

          /S/     Janina M. Hoskins
JANINA M. HOSKINS, TRUSTEE

TRUSTEE'S REPORT RE SALE



# A. Settlement Statement (HUD-1)

OMB Approval No. 2502-0265

**North American Title Company, Inc.**
**Final Statement**

| B. Type of Loan | |
|---|---|
| 1-5. Loan Type: | |
| 6. File Number: | 55913-1289006-14 |
| 7. Loan Number: | |
| 8. Mortgage Insurance Case Number: | |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(POC)" were paid outside this closing; they are shown here for informational purposes and are not included in the totals.

**D. Name & Address of Borrower:** Samuel Lee, Youngsin Lee
2340 Cooley Avenue, East Palo Alto, CA 94303

**E. Name & Address of Seller:** Estate of Anthony Cortez, Deborah Cortez
P.O. Box 158, Middletown, CA 95461

**F. Name & Address of Lender:** Citibank, N.A.
1000 Technology Drive, ATTN: MS934
O'Fallon, MO 63368-2240

This is to certify that this is a true and correct copy of the original.
NORTH AMERICAN TITLE COMPANY, INC.
BY _____
Nicole Sherman

**G. Property Location:** 2340 Cooley Avenue, East Palo Alto, CA 94303

**H. Settlement Agent:** North American Title Company, Inc.  (650)696-1725
**Address:** 330 Primrose Road, Suite 502, Burlingame, CA 94010
**Place of Settlement Address:** 330 Primrose Road, Suite 502, Burlingame, CA 94010

**I.**
**Settlement Date:** 09/29/2014
**Print Date:** 09/29/2014, 10:36 AM
**Disbursement Date:** 09/29/2014
**Signing Date:** 09/25/2014

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract Sales Price | | 401. Contract sales price | 490,500.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | | 403. Total Deposits | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| **120. Gross Amount Due from Borrower** | | **420. Gross Amount Due to Seller** | 490,500.00 |
| **200. Amounts Paid by or in Behalf of Borrower** | | **500. Reductions In Amount Due to Seller** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 45,917.60 |
| 203. Existing loan(s) taken subject | | 503. Existing loan(s) taken subject | |
| 204. | | 504. *Payoff of first mortgage loan to Select Portfolio Servicing Inc | 231,956.11 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. Defaults to San Mateo County Tax Collector | 1,109.58 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes 07/01/14 to 09/29/14 @$1807.14/yr | 441.75 |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid by/for Borrower** | | **520. Total Reduction Amount Due Seller** | 279,425.04 |
| **300. Cash at Settlement from/to Borrower** | | **600. Cash at Settlement to/from Seller** | |
| 301. Gross amount due from borrower (line 120) | | 601. Gross amount due to seller (line 420) | 490,500.00 |
| 302. Less amounts paid by/for borrower (line 220) | | 602. Less reductions in amounts due seller (line 520) | 279,425.04 |
| 303. | | 603. Cash (X To) ( From) Seller | 211,074.96 |

Previous editions are obsolete.
* See Supplemental Page for details.   ** Paid on Behalf of Borrower.   POC-B (Borrower); POC-S (Seller); POC-L (Lender); POC-MB (Mortgage Broker).

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

File No. 55913-1289006-14

| L. Settlement Charges | | |
|---|---|---|
| **700. Total Real Estate Broker Fees $29,430.00** | **Paid From Borrower's Funds at Settlement** | **Paid From Seller's Funds at Settlement** |
| Division of commission (line 700) as follows: | | |
| 701. $14,715.00 to Property Management Systems | | |
| 702. $14,715.00 to BNNJ Real Estate Services | | |
| 703. Commission paid at settlement | | 29,430.00 |
| 704. | | |
| 705. | | |
| 706. | | |
| **800. Items Payable in Connection with Loan** | | |
| 801. Our origination charge                              (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen     (from GFE #2) | | |
| 803. Your adjusted origination charges                   (from GFE A) | | |
| 804. Appraisal fee                                       (from GFE #3) | | |
| 805. Credit report                                       (from GFE #3) | | |
| 806. Tax service                                         (from GFE #3) | | |
| 807. Flood certification                                 (from GFE #3) | | |
| 808. | | |
| 809. | | |
| 810. | | |
| 811. | | |
| **900. Items Required by Lender to Be Paid in Advance** | | |
| 901. Daily interest charges from                         (from GFE #10) | | |
| 902.                                                     (from GFE #3) | | |
| 903. Homeowner's insurance                               (from GFE #11) | | |
| 904. | | |
| 905. | | |
| 906. | | |
| **1000. Reserves Deposited with Lender** | | |
| 1001. Initial deposit for your escrow account            (from GFE #9) | | |
| 1002. Homeowner's insurance | | |
| 1003. Mortgage insurance | | |
| 1004. Property taxes | | |
| 1005. | | |
| 1006. | | |
| 1007. Aggregate Adjustment | | |
| **1100. Title Charges** | | |
| 1101. Title services and lender's title insurance        (from GFE #4) | | |
| 1102. Settlement or closing fee | | |
|        to North American Title Company, Inc. | | |
| 1103. Owner's title insurance  - North American Title Company, Inc.    (from GFE #5) | | |
| 1104. Lender's title insurance  - North American Title Company, Inc. | | |
| 1105. Lender's title policy limit        $    392,400.00 | | |
| 1106. Owner's title policy limit         $    490,500.00 | | |
| 1107. Agent's portion of the total title insurance premium    $   1,677.28 | | |
|        to North American Title Company, Inc. | | |
| 1108. Underwriter's portion of total title insurance premium   $   228.72 | | |
|        to North American Title Insurance Company | | |
| 1109. | | |
| 1110. | | |
| 1111. | | |
| 1112. | | |
| **1200. Government Recording and Transfer Charges** | | |
| 1201. Government recording charges                       (from GFE #7) | | |
| 1202. Recording fees: | | |
| 1203. Transfer taxes                                     (from GFE #8) | | |
| 1204. City/county tax/stamps: | | |
| 1205. State tax/stamps: | | |
| 1206. REcord Court Order | | 30.00 |
| 1207. | | |
| 1208. | | |
| 1209. | | |
| 1210. | | |
| **1300. Additional Settlement Charges** | | |
| 1301. Required services that you can shop for            (from GFE #6) | | |
| 1302. California State Withholding to Franchise Tax Board | | 16,333.65 |
| 1303. Natural Hazard Report to JCP-LGS Reports Natural Hazard Disclosures | | 123.95 |
| 1304. | | |
| 1305. | | |
| 1306. | | |
| 1307. | | |
| 1308. | | |
| 1309. | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | **45,917.60** |

* See Supplemental Page for details.       ** Paid on Behalf of Borrower.        POC-B (Borrower); POC-S (Seller); POC-L (Lender); POC-MB (Mortgage Broker).

| | File No. |
|---|---|
| **Supplemental Page** | 55913-1289006-14 |
| **HUD-1 Settlement Statement** | |
| **North American Title Company, Inc.** | **Loan No.** |
| **Final Statement** | |
| | **Settlement Date:** 09/29/2014 |

**Borrower Name & Address:** Samuel Lee, Youngsin Lee
2340 Cooley Avenue, East Palo Alto, CA 94303

**Seller Name & Address:** Estate of Anthony Cortez, Deborah Cortez
P.O. Box 158, Middletown, CA 95461

| Section K.  Summary of Seller's Transaction continued | | Seller Charges | Seller Credits |
|---|---|---|---|
| **400. Gross Amount Due To Seller** | | | |
| **500. Reductions In Amount Due to Seller** | | | |
| **504. Supplemental Summary** | $231,956.11 | | |
| a. Payoff Loan 1 Charges | | | |
| Principal Balance to Select Portfolio Servicing Inc | | 222,340.77 | |
| Interest on Payoff Loan  09/19/14 to 09/30/14  @$17.640000/day | | 211.68 | |
| Interest to 9/19/2014 | | 9,164.66 | |
| Loan Level Advance Balance | | 194.00 | |
| Reconveyance Fee | | 45.00 | |

| The following Section is restated from the Settlement Statement Page 1 | | | |
|---|---|---|---|
| **300. Cash at Settlement from/to Borrower** | | **600. Cash at Settlement to/from Seller** | |
| 301. Gross amount due from borrower (line 120) | | 601. Gross amount due to seller (line 420) | 490,500.00 |
| 302. Less amounts paid by/for borrower (line 220) | | 602. Less reductions in amounts due seller (line 520) | 279,425.04 |
| 303. | | **603. Cash (X To) ( From) Seller** | **211,074.96** |

Page 3

| Itemization of Title Charges and Government Recording and Transfer Charges | File No. 55913-1289006-14 |
|---|---|
| **North American Title Company, Inc.**<br>Final Statement | **Loan No.** |
| | **Settlement Date.** 09/29/2014 |
| **Property:** 2340 Cooley Avenue, East Palo Alto, CA 94303 | **Print Date.** 09/29/2014, 10:36 AM |
| **Name & Address of Borrower:** Samuel Lee, Youngsin Lee<br>2340 Cooley Avenue, East Palo Alto, CA 94303 | **Name & Address of Seller:** Estate of Anthony Cortez, Deborah Cortez<br>P.O. Box 158, Middletown, CA 95461 |
| **Name & Address of Lender:** Citibank, N.A.<br>1000 Technology Drive, ATTN: MS934<br>O'Fallon, MO 63368-2240 | |

| **1100. Summary of Title Charges** | **Borrower Charges** | **Seller Charges** |
|---|---|---|
| 1101. Title Services and Lenders Title Insurance | | |
|     Title Services Fees | | |
| 1102. Settlement or Closing Fees to North American Title Company, Inc. | | |
| 1103. Owner's title insurance - North American Title Company, Inc. | | |
| 1104. Lender's title insurance - North American Title Company, Inc. | | |
| 1105. Lender's title policy limit    $   392,400.00 | | |
| 1106. Owner's title policy limit    $   490,500.00 | | |
| 1107. Agent's portion of the total title insurance premium    $   1,677.28 | | |
|     to North American Title Company, Inc. | | |
| 1108. Underwriter's portion of total title insurance premium    $   228.72 | | |
|     to North American Title Insurance Company | | |

| **1200. Government Recording and Transfer Charges** | **Borrower Charges** | **Seller Charges** |
|---|---|---|
| 1201. Government Recording Charges | | |
| 1202. Recording Fees | | |
| 1203. Transfer taxes | | |
| 1204. City/county tax/stamps: | | |
| 1205. State tax/stamps: | | |
| 1206. REcord Court Order | | 30.00 |



# North American Title Company, Inc.

330 Primrose Road, Suite 502 • Burlingame, CA 94010

Office Phone:(650)696-1725  Office Fax:(650)319-8138

## Seller's Final Settlement Statement

This is to certify that this is a true and correct copy of the original.
NORTH AMERICAN TITLE COMPANY, INC.
BY /s/ Donna Almaguer

| | |
|---|---|
| **Property:** | 2340 Cooley Avenue, East Palo Alto, CA 94303 |
| **File No:** | 55913-1289006-14 |
| **Officer:** | Annette Ross/da |
| **Settlement Date:** | 09/29/2014 |
| **Disbursement Date:** | 09/29/2014 |
| **Print Date:** | 09/29/2014, 4:04 PM |
| **Buyer:** | Samuel Lee, Youngsin Lee |
| **Address:** | 2340 Cooley Avenue, East Palo Alto, CA 94303 |
| **Seller:** | Estate of Anthony Cortez, Deborah Cortez |
| **Address:** | P.O. Box 158, Middletown, CA 95461 |
| **Lender:** | Citibank, N.A. |
| **Address:** | 1000 Technology Drive, ATTN: MS934, O'Fallon, MO, 63368-2240 |
| **New Loan No.:** | 001123986843 |

| Charge Description | Seller Charge | Seller Credit |
|---|---|---|
| **Consideration:** | | |
| Total Consideration | | 490,500.00 |
| **Prorations:** | | |
| County Tax 07/01/14 to 09/29/14 @$1807.14/yr | 441.75 | |
| **Commission:** | | |
| Commission at 3% Paid at Settlement to BNNJ Real Estate Services | 14,715.00 | |
| Commission at 3% Paid at Settlement to Property Management Systems | 14,715.00 | |
| **Payoff Loan(s):** | | |
| Lender: Select Portfolio Servicing Inc | | |
| Principal Balance - Select Portfolio Servicing Inc | 222,340.77 | |
| Interest on Payoff Loan 09/19/14 to 09/30/14 @$17.640000/day - Select Portfolio Servicing Inc | 211.68 | |
| Reconveyance Fee - Select Portfolio Servicing Inc | 45.00 | |
| Loan Level Advance Balance - Select Portfolio Servicing Inc | 194.00 | |
| Interest to 9/19/2014 - Select Portfolio Servicing Inc | 9,164.66 | |
| **Title/Escrow Charges to:** | | |
| REcord Court Order to North American Title Company, Inc. | 30.00 | |
| **Disbursements Paid:** | | |
| Natural Hazard Report to JCP-LGS Reports Natural Hazard Disclosures | 123.95 | |
| California State Withholding to Franchise Tax Board | 16,333.65 | |
| Defaults to San Mateo County Tax Collector | 1,109.58 | |
| Cash (X To) ( From) Seller | 211,074.96 | |
| **Totals** | 490,500.00 | 490,500.00 |

Page 1 of 1