JANINA M. HOSKINS, CHAPTER 7 TRUSTEE
P.O. Box 158
Middletown, CA 95461
Telephone: (707) 569-9508
Facsimile: (707) 569-9518

CHAPTER 7 TRUSTEE

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In re                                       ) Case No. 12-33537
                                            )
   ANTHONY and DEBORAH      ) Chapter 7
   CORTEZ,                   )
                                            )
       Debtors.          )

## **TRUSTEE 'S REPORT RE SALE OF ASSETS PURSUANT TO COMPROMISE**

COMES NOW, Janina M. Hoskins, the duly qualified Chapter 7 Trustee for the Estate of Anthony and Deborah Cortez (collectively, "the Debtors"), and submits her Report regarding the sale of the following assets of the Estate, pursuant to the terms of the Compromise between the Debtors and the Estate, as approved via entry of an Order, as docket no. 107, as follows:

**Assets per Compromise**:

  1) the Estate's interest in rents collected but not turned over by the Debtors from the tenant of a rental property at 2340 Cooley Avenue, East Palo Alto, CA (the "Cooley Property") prior to its sale by the Estate; (2) the Estate's asserted interest in Anthony Cortez' interest in the irrevocable trust funded with 398 Alameda De Las Pulgas, Redwood City, known as the ZETROC Trust (the "Trust"); and (3) any interest of the Estate in any cause of action arising pre-petition regarding the Debtors' legal representation (the "Cause of Action").

TRUSTEE'S REPORT RE SALE

| | |
|---|---|
| Buyer: | The Debtors |
| **Gross Sales Price:** | **$10,000.00** |
| Less: | |
| **Total Expenses:** | **-$0** |
| **Net Payment to the Estate:** | **$10,000.00** |

Respectfully submitted.

Dated: March 23, 2015    /S/    Janina M. Hoskins
                          JANINA M. HOSKINS, TRUSTEE

TRUSTEE'S REPORT RE SALE